IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID M. TUTTLE and BILLIE G. TUTTLE, <br><br>     Plaintiffs, <br><br> vs. <br><br> CHASE HOME FINANCE, LLC, LENOX FINANCIAL MORTGAGE, LLC, LUNDBERG AND ASSOCIATES, RANDALL A. COVINGTON, HENRY M. PAULSON, JR., and MICHAEL B. MUKASEY, <br><br>     Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br> Case No. 2:08-CV-574 <br><br> Judge Dee Benson |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on October 28, 2008, recommending that Defendant Chase Home Finance's Motion to Dismiss (Dkt. No. 6) and Defendant Lenox Financial Mortgage's Motion for Judgment on the Pleadings (Dkt. No. 9) be granted.  The Magistrate Judge also recommended the dismissal of all claims as to all other defendants in this case because Plaintiffs's claims are without merit.  (Report and Recommendation, Dkt. No. 18.)

    The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) GRANTS Defendant Chase's Motion to Dismiss (Dkt. No. 6) and DISMISSES all claims as to Defendant Chase WITH PREJUDICE;

(2) GRANTS Defendant Lenox's Motion for Judgment on the Pleadings (Dkt. No. 9) and DISMISSES all claims as to Defendant Lenox WITH PREJUDICE; and

(3) DISMISSES all claims as to all other defendants in this case WITH PREJUDICE because Plaintiffs' claims are without merit.

It is so ordered.

Dated this 14th day of November, 2008.

_____
Dee Benson
United States District Court Judge